JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROMERO,<br><br>        Petitioner,<br><br>    vs.<br><br>M. S. EVANS, Warden,<br><br>        Respondent. | Case No. CV 07-8195-PA (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: November 18, 2008

                                      HONORABLE PERCY ANDERSON
                                      United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge